**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIETRICH BUILDING SYSTEMS, INC. n/k/a WORTHINGTON MID-RISE CONSTRUCTION, INC., <br><br>  Petitioner, <br><br> v. <br><br> EAST COAST CONSTRUCTION SERVICES CORP., <br><br>  Respondent. | Civil Action No. 1:08-cv-04800-SHS |

## PETITIONER'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dietrich Building Systems, Inc., now known as Worthington Mid-Rise Construction, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Worthington Industries, Inc., an Ohio corporation.

2. Worthington Steel of Michigan, Inc., a Michigan corporation is a wholly-owned subsidiary of Worthington Industries, Inc.

3. Dietrich Industries, Inc., a Pennsylvania corporation, is a wholly-owned subsidiary of Worthington Steel of Michigan, Inc.

4. Worthington Integrated Building Systems, LLC, an Ohio limited liability company, is a wholly-owned subsidiary of Dietrich Industries, Inc..

- 2 -

Dated:  May 22, 2008  Respectfully submitted,

/s/  Andrew J. Sockol
Andrew J. Sockol (AS-5771)
Jones Day
222 East 41st Street
New York, NY  10017
212-326-3939

Roy A. Powell
Leon F. DeJulius, Jr.
Jones Day
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
412-391-3939

*Counsel for Defendant*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Petitioner's Rule 7.1 Disclosure Statement in Support of its Petition to Confirm Arbitration Award was served via regular mail this 22nd day of May, 2008, upon the following:

>John Kearney, Esq.
>Kearney & Schweitzer, P.C.
>210 White Horse Pike
>PO Box 279
>Haddon Heights, NJ  08035


>/s/   Andrew J. Sockol              .
>Counsel for Defendant