```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIETRICH BUILDING SYSTEMS, INC.,  :    08 Civ. 4800 (SHS)

          Petitioner,  :

  -against-

                                 :    ORDER

EAST COAST CONSTRUCTION SERVICES
CORP.,  :

          Respondent.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court's records indicate that a Petition to Confirm Arbitration Award was filed on May 22, 2008. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Respondent shall serve and file its response to the petition on or before June 27, 2008; and

      2.    Petitioner shall send a copy of this order to respondent.

Dated: New York, New York
       June 2, 2008

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.