## CERTIFICATE OF SERVICE

I hereby certify that service of the Petition to Confirm Arbitration Award, Rule 7.1 Statement, and Memo of Law in Support of the Petition was served via regular mail the 22nd day of May, 2008, upon the following:

>John Kearney, Esq.
>Kearney & Schweitzer, P.C.
>210 White Horse Pike
>PO Box 279
>Haddon Heights, NJ  08035

And via process server on the 5th day of June, 2008 upon the following:

>Robert E. Fair
>East Coast Construction Corp.
>547 Berlin-Cross Keys Road
>Sicklerville, NJ  08081

*(signature)*
Counsel for Defendant

PII-1174919v1