LAW OFFICES
**KEARNEY & SCHWEITZER**
A PROFESSIONAL CORPORATION
216 WHITE HORSE PIKE, P.O. BOX 279
HADDON HEIGHTS, NEW JERSEY 08035

JOHN B. KEARNEY
SHERRI L. SCHWEITZER*
—
JOHN P. CARDWELL
NANCY L. HART-ESPOSITO*

* MEMBER N.J. AND PA BARS

TELEPHONE
(856) 547-7733
FAX (856) 546-5154
EMAIL ADDRESS
jk@nj-law.com
WWW ADDRESS
http://www.nj-law.com

[Stamp: RECEIVED JUN 2 4 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/26/08]

June 23, 2008

Hon. Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
Courtroom 23A
New York, NY 10007

MEMO ENDORSED

Re: Dietrich Building Systems, Inc.
Vs. East Coast Construction Services Corp.
Docket No. 08 Civ. 4800 (SHS)

Dear Judge Stein:

Your Honor has executed an Order requiring a response to the Petition in this matter on or before June 27, 2008. I write to inform the Court that it does not appear that the respondent was served until mid-June and that any earlier service on me should not be effective as I am not authorized to accept service. Nor am I a member of the Courts Bar.

I certainly expect the respondent will respond as the arbitration award was the result of a corrupt process. But, as the petitioner did not serve the respondent until the middle of June I would respectfully submit that Your Honor's June 2, 2008 Order should be extended to allow sufficient time to respond.

Respectfully,
**KEARNEY & SCHWEITZER, P.C.**

By: _____
JOHN B. KEARNEY

JBK:cas
cc: Andrew J. Sockol-via fax#1-212-755-7308
    Robert E. Fair – via fax

*[Handwritten endorsement:]* Respondent's last date to respond to the petition is extended to July 18, 2008. SO ORDERED 6/25/08

_____
SIDNEY H. STEIN
U.S.D.J.