USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIETRICH BUILDING SYSTEMS, INC. n/k/a WORTHINGTON MID-RISE CONSTRUCTION, INC., <br><br> Petitioner, <br><br> v. <br><br> EAST COAST CONSTRUCTION SERVICES CORP., <br><br> Respondent. | Civil Action No. 08 CV 4800 (SHS) <br><br> Judge _____ |

**ORDER**

A petition to confirm arbitration award having been filed on May 27, 2008 and served on respondent, and respondent's time to respond having been extended by order dated June 25, 2008 until July 28, and no response having been received to date, and diversity jurisdiction having been asserted in the petition,

~~AND~~ NOW, on this __31__ day of __July__, 2008, upon due consideration of the Petitioner's, Dietrich Building Systems, Inc., now known as Worthington Mid-Rise Construction, Inc., Petition to Confirm Arbitration Award (Docket No. __1__), it is hereby ORDERED that the Petition be, and the same hereby is, GRANTED; and

IT IS ORDERED that the Final Award of Arbitration dated March 26, 2008 issued by the American Arbitration Association be, and the same hereby is, CONFIRMED; and

~~IT IS ORDERED that all of East Coast Construction Services Corp.'s claims against Dietrich Building Systems, Inc., now known as Worthington Mid-Rise Construction, Inc., are DENIED as determined by the arbitrator.~~

IT IS ~~FURTHER~~ ORDERED that Dietrich Building Systems, Inc., now known as Worthington Mid-Rise Construction, Inc., is AWARDED $130,297.34 ($123,342.34 in attorneys' fees, costs and expenses and $6,955.00 in compensation and expenses for the arbitration proceedings) as determined by the Final Award of Arbitration dated March 26, 2008. This monetary award

- 3 -

is subject to post-judgment interest of 1.35 percent beginning from the entry of the Final Award of Arbitration on March 26, 2008.

NYNY
July 31, 2008

So ordered

_____
United States District Court Judge